AO 91 (Rev. 11/11)  Criminal Complaint

United States District Cour
Southern District Of Texas
FILED

OCT 29 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Carolina BENAVIDES | ) | Case No. M-20-2342-M |
| 1980 USC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 29, 2020__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | defendant did, knowingly and intentionally possess with the intent to distribute approximately 43.72 kilograms of methamphetamine a Schedule I controlled substance, and did knowingly and intentionally conspire to possess with intent to distribute with persons known and unknown approximately 43.72 kilograms of methamphetamine a Schedule I controlled substance |
| 21 USC 846 | |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Complaint Authorized by AUSA Angel Castro
Submitted by reliable electronic means, sworn to
and attested to telephonically as per Fed. R. Cr. P.4.1, and
Probable Cause found on;

/s/ Ricardo Deanda
*Complainant's signature*

Ricardo Deanda HSI Special Agent
*Printed name and title*

Date: 10/29/2020 @ 8:49PM

City and state: McAllen, Texas

J. Scott Hacker, U.S. Magistrate Judge
*Judge's signature / Printed name and title*

## Attachment "A"

On October 29, 2020, United States Customs and Border Protection (CBP) requested assistance from Department of Homeland Security Investigations (HSI) from the office of the Resident Agent in Charge, Falcon Heights, Texas regarding a narcotic smuggling attempt. HSI Special Agent (SA) Ricardo Deanda responded to the Rio Grande City, Texas Port of Entry (POE) to investigate.

Customs and Border Protection Officers (CBPOs) reported that on October 29, 2020, at approximately 10:50 a.m. Carolina BENAVIDEZ (driver), a United States Citizen, was seeking entry into the United States in a white Ford Transit Connect Van bearing Texas license plate number NNB-2235. BENAVIDEZ was the sole occupant in the vehicle. CBPOs received a negative declaration for firearms, ammunition, narcotics, or any currency over 10,000 U.S. dollars. CBPO Dennis Salinas referred BENAVIDEZ to the Z-Portal for a vehicle scan and to secondary for further inspection after an automated Law Enforcement Database referral for possible narcotics courier.

While at secondary, CBPO Wesley Tijerina received a negative declaration for plants, fruits, meats, alcohol, tobacco, medication, guns, ammunition, and any currency over 10,000 U.S. dollars. A CBP K-9 sniff around the vehicle yielded a positive alert near the rear of the vehicle.

A total of 52 packages were discovered and extracted from a aftermarket compartment. The packages contained a crystal-like substance and tested positive for the characteristics of methamphetamines. The packages had a total weight of approximately 43.72 kilograms.

I, HSI SA Ricardo Deanda read BENAVIDEZ her rights, witnessed by HSI SA Rafael Garza Jr. BENAVIDEZ stated she understood her rights and waived her right to have an attorney present during questioning. BENAVIDEZ confessed she was going to receive $8,000.00 dollars to smuggle the narcotics from Camargo, Mexico to Dallas, Texas.

BENAVIDEZ was arrested and transported to the East Hidalgo Detention Center to await her initial appearance before the United States Magistrate Judge in McAllen, Texas.