U.S. Department of Justice  Criminal Docket
Washington, D.C.
11/2/2020/lc

McALLEN Division    CR. No. M-20-2034    M-20-2342-M

**INDICTMENT**   Filed: November 17, 2020    Judge: RICARDO H. HINOJOSA
County: Starr
Lions #: 2020R12272    Attorneys:
UNITED STATES OF AMERICA    RYAN K. PATRICK, UNITED STATES ATTORNEY

v.    SCOTT V. GREENBAUM, ASST. U.S. ATTORNEY

CAROLINA BENAVIDES    Cts. 1 - 4    Joe G. Jacinto, FPD, (956) 630-2995
*Custody: 10/29/2020*

Charge(s):
Ct. 1: Conspiracy to import into the United States of America from the United Mexican States 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.
Title 21, United States Code, Sections 963, 952(a), 960(a)(1), and 960(b)(1).

Ct. 2: Import into the United States of America from the United Mexican States 500 grams or more, that is, approximately 43 kilograms of a mixture or substance containing a detectable amount of methamphetamine.
Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(1), and Title 18, United States Code, Section 2.

Ct. 3: Conspiracy to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.
Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Ct. 4: Possession with intent to distribute 500 grams or more, that is, approximately 43 kilograms of a mixture or substance containing a detectable amount of methamphetamine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

Total Counts
(4)

Penalty: Cts. 1 - 4: Imprisonment for 10 yrs. * to Life and/or a $10,000,000.00 fine and at least a 5 yr. SRT (as to each count) (*MANDATORY MINIMUM)

Agency: Homeland Security Investigations - Ricardo Deanda - FD13WE21FD0001

Proceedings
Date